IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BERNADETTE AHMED

        Plaintiff,

vs.

MIDLAND FUNDING LLC

        Defendant.

Civil Action No. : 2:15-cv-1155

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to Plaintiff's voluntary dismissal of her claims against Midland Funding, LLC, with prejudice.

/s/ Fred Davis_____  
Davis Consumer Law Firm  
Attorneys for Plaintiff  
500 Office Ctr. Dr-Suite 400  
Ft. Washington, PA    19034

/s/ Lawrence J. Bartel_____  
Marshall, Dennehey, *et al*  
Attorneys for Defendant  
2000 Market St.-Ste 2300  
Phila, PA    19103

DATED: July 13, 2015